PEOPLE ex rel. A. J. JOHNSON CO. v. ROBERTS. (Supreme Court, Appellate Division, Third Department. November 29, 1898.) Action by the people of the state of New York, on the relation of the A. J. Johnson Company, against James A. Roberts, as comptroller. No opinion. Determination of the comptroller confirmed, with $50 costs and disbursements.

PEOPLE ex rel. BACON v. NORTHERN CENT. RY. CO. (Supreme Court, Appellate Division, Third Department. November 16, 1898.) Action by the people of the state of New York, on the relation of Joel Bacon, against the Northern Central Railway Company. No opinion. Order affirmed, without costs to either party.

PEOPLE ex rel. BAILLIE, Appellant, v. SCANNELL, Respondent. (Supreme Court, Appellate Division, First Department. December 9, 1898.) Petition by the people of the state of New York, on the relation of Albert W. Baillie, against John J. Scannell, fire commissioner of the city of New York, for peremptory mandamus. Julius M. Mayer, for appellant. Theodore Connoly, for respondent.

PER CURIAM. For the reasons stated in the opinion in the case of People v. Keller (decided herewith) 54 N. Y. Supp. 1011, the order appealed from should be affirmed, with costs.

PEOPLE ex rel. BEMIS et al., Respondents, v. FLAGG et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by the people of the state of New York, on the relation of John M. Bemis and John F. Knox, against Amos Flagg and others, as assessors, etc. No opinion. Judgment and orders affirmed, with costs and disbursements only on the appeal from the judgment. See 49 N. Y. Supp. 207.

PEOPLE ex rel. BOWERS, Appellant, v. DALTON, Respondent. (Supreme Court, Appellate Division, First Department. June 17, 1898.) Action by the people of the state of New York, on the relation of Frank K. Bowers, against William Dalton, as commissioner, etc. W. R. Spooner, for appellant. T. Farley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on opinion of FREEDMAN, J., in the court below. 50 N. Y. Supp. 1028.

PEOPLE ex rel. CANNON, Relator, v. VAN WYCK, Mayor, Respondent. (Supreme Court, Appellate Division, First Department. November 25, 1898.) Certiorari by the people, on the relation of Henry W. Cannon, against Robert A. Van Wyck, mayor of the city of New York, to review the action of respondent in removing relator as one of the aqueduct commissioners appointed under Laws 1888, c. 584. Writ dismissed. Elihu Root, for relator. Theodore Connoly, for respondent.

INGRAHAM, J. For the reasons stated in the case of People v. Van Wyck (decided herewith) 54 N. Y. Supp. 675, the proceedings are affirmed, and the writ dismissed, with costs.

VAN BRUNT, P. J., and BARRETT and McLAUGHLIN, JJ., concur. RUMSEY, J., dissents.

PEOPLE ex rel. ECKERSON et al., Respondents, v. ZUNDEL et al., Appellants (four cases). (Supreme Court, Appellate Division, Second Department. November 3, 1898.) Action by the people of the state of New York, on the relation of J. Esler Eckerson and others, against Charles H. Zundel and others, assessors and trustees of the village of Haverstraw.

PER CURIAM. The defects for which the amendment granted by the special term permits the tax roll to be assailed, if it exists, renders the assessments void on their face, and under the authority of People v. Parker, 117 N. Y. 86, 22 N. E. 752, a certiorari, under the law of 1880, should not issue to relieve from such an error. Order reversed, with $10 costs in one case, and disbursements in all, and motion denied, with $10 costs.

PEOPLE ex rel. FLEMING, Respondent, v. DALTON et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 22, 1898.) Action by the people of the state of New York, on the relation of William R. Fleming, against William Dalton, commissioner of water supply, and another. No opinion. Order appealed from reversed, with $10 costs and disbursements, and motion denied, with $10 costs, solely on the authority of People v. Keller, 31 App. Div. 248, 52 N. Y. Supp. 950. See 53 N. Y. Supp. 291.

PEOPLE ex rel. FLOOD v. GARDINER. (Supreme Court, Appellate Division, First Department. October 21, 1898.) Action by the people of the state of New York, on the relation of James J. Flood, against Asa Bird Gardiner. No opinion. Motion for leave to appeal to court of appeals granted, and stay after entry of order. See 53 N. Y. Supp. 451.

PEOPLE ex rel. HARVEY, Appellant, v. CANNON et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 29, 1898.) Action by the people of the state of New York, on the relation of John Harvey, against Henry H. Cannon, as president of the village of Irvington, and John O'Connor and others, as trustees of the village of Irvington.

PER CURIAM. We are of the opinion that the special term was required to decide the rights of the relator, even though William H. Winnie, who is alleged to be present incumbent of the office, was not a party to the proceeding, and that its order denying such determination until said incumbent was brought into the proceeding was erroneous. The final order is reversed, and proceedings remitted to the special term for decision and judgment; costs to abide the final award of costs.